UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION, ET AL., <br><br> Petitioners, <br><br> v. <br><br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, <br><br> Respondent. <br> _____/ | No. C-07-01876 PJH (JCS) <br><br><br><br> **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING** <br><br> (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of Petitioners' Motion to Quash State Court Subpoena and Vacate State Court Order; or, Alternatively, for Leave of Court to Bring Such Motion (the "Motion").

The hearing on the Motion has been set for **August 10, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition(s), if not already filed, shall be filed **no later than July 13, 2007**. Any reply to the opposition(s) shall be filed **no later than July 20, 2007**. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., except during criminal duty when it takes place at 1:30 p.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

1    Motions to compel may be noticed without reserving a hearing date, subject to the Court's
2 availability.
3    Law and motion matters may be submitted without argument upon stipulation of the parties
4 and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
5 L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the
6 date for service of the opposition.  Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

8    Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
9 California for information relating to electronic filing procedures and requirements.
10    BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
11 FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
12 **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
13 COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil
14 case number and the district court judge's initials, followed by the designation "(JCS)".
15    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
16 Fed. R. Civ. P. 16(f).
17    IT IS SO ORDERED.

19 Dated:  May 24, 2007

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge