**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL BUREAU OF
INVESTIGATION, et al.,

    Plaintiff(s),

  v.

SUPERIOR COURT OF THE STATE
OF CALIFORNIA, et al.,

    Defendant(s).
_____/

No. C 07-1876 PJH

**CASE MANAGEMENT ORDER**

  As this case originated with plaintiffs' motion to quash subpoenas issued by defendant state court, and as that motion has been granted, it appears that no further action is warranted in this case and that it can be closed. Accordingly, the court will terminate this matter on its docket **unless** advised by any party in writing on or before September 17, 2007 that further proceedings are anticipated or desired.

  **IT IS SO ORDERED.**

Dated: September 7, 2007

           _____
           PHYLLIS J. HAMILTON
           United States District Judge